IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACTUS ASIA LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV230 |
| | ) | |
| SERGEANT'S PET CARE PRODUCTS, INC., | ) ) | SCHEDULING ORDER (MEDIATION) |
| | ) | |
| Defendant. | ) | |

By letter, the parties advised the court that they have agreed to mediate this dispute. Accordingly,

**IT IS ORDERED:**

1. The case is stayed until **January 15, 2009** to permit the parties to participate in mediation pursuant to the Mediation Plan for the U.S. District Court, District of Nebraska. Other information regarding mediation, including a list of federal mediators, is available on the court's web site, www.ned.uscourts.gov.

2. By **November 5, 2008**, the parties shall notify the court of their choice of mediator and the date of their mediation session.

3. Plaintiff's counsel shall electronically file a status report within five business days following the completion of the parties' settlement meeting, advising whether the case has been settled.

4. The Clerk shall bring this file to the attention of the undersigned on January 20, 2009, or when notified that the mediation has been completed, whichever occurs first.

5. The scheduling conference now set for November 13, 2008 is cancelled and will be rescheduled, if necessary, if the matter is not settled in mediation.

**DATED September 26, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**