IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACTUS ASIA LIMITED, | ) | Case No. 8:08cv230 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| SERGEANT'S PET CARE PRODUCTS, INC., | ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation, given to the magistrate judge by Patrick Brookhouser, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **February 16, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 16th day of January 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge